1 ALEX G. TSE (CABN 152348)
United States Attorney

2

BARBARA J. VALLIERE (DCBN 439353)
3 Chief, Criminal Division

4 ROSS WEINGARTEN (NYBN 5236401)
Assistant United States Attorney

5

    450 Golden Gate Avenue, Box 36055
6    San Francisco, California 94102-3495
    Telephone: (415) 436-6747
7    FAX: (415) 436-7234
    Email: ross.weingarten@usdoj.gov

8

Attorneys for United States of America

9

FILED

OCT – 4 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. **CR 18 483** |
| Plaintiff, | MOTION TO SEAL |
| | AND [~~PROPOSED~~] ORDER |
| v. | |
| DEREKE HOLDEN and | [UNDER SEAL] |
| JOSE SOTOMAYOR, | |
| Defendants, | |

**SI**

    The United States hereby moves the Court for an order sealing this Motion, the Indictment, the

Arrest Warrant, and this Sealing Order until further order of the Court.  Disclosure of the existence of

the Indictment and Arrest Warrant may cause the subject of the Indictment to flee, destroy evidence or

conceal on-going criminal activity, jeopardizing the progress of the ongoing investigation and the arrest

of the defendant.  The United States also requests that a copy of the Indictment and Arrest Warrant be

provided to agents of the Drug Enforcement Agency, other law enforcement, and employees of the

United States Attorney's Office, and that the Indictment and Arrest Warrant may be disclosed to federal

MOT. TO SEAL AND [PROP.] ORDER

1   agents and other law enforcement officers in order to effectuate the arrest of the defendant.

2

3   DATED: October 4, 2018                    Respectfully Submitted,

4                                             ALEX G. TSE
                                              United States Attorney
5

6   _____

7   ROSS WEINGARTEN
    Assistant United States Attorney

8

9                                   **ORDER**

10

11      Based upon the motion of the government and for good cause shown, IT IS HEREBY

12  ORDERED that the government's Motion to Seal, Indictment, Arrest Warrant, this Sealing Order, and

13  other related documents in this case shall be sealed until further order of the Court.  A copy of the

14  Indictment and Arrest Warrant shall be provided to agents of the Federal Bureau of Investigation, other

15  law enforcement, and employees of the United States Attorney's Office, and the Indictment and Arrest

16  Warrant may be disclosed to federal agents and other law enforcement officers in order to effectuate the

17  arrest of the defendant.

18

19  DATED: ____10/4/2018____                  _____

20                                            HON. JOSEPH C. SPERO
                                              United States Magistrate Judge
21

22

23

24

25

26

27

28

MOT. TO SEAL AND [PROP.] ORDER