UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff(s), | No. 3:18-CR-00483 SI-2 |
| v. | **ORDER FOR RELEASE FROM FEDERAL CUSTODY** |
| JOSE SOTOMAYOR, | |
| Defendant(s). | |

The defendant(s) having appeared before the undersigned Magistrate on 11/15/2018, **IT IS HEREBY ORDERED** that the U.S. Marshal and/or representatives, release from federal custody the above-named **Defendant, Jose Sotomayor**.  Defendant is to be released forthwith. Defendant shall abide by all of his previously set conditions of release and appearance.

Dated: 11/16/2018

_____
Thomas S. Hixson
United States Magistrate Judge