UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CRIMINAL MINUTE ORDER

| Case No.: 18-cr-00483-SI-2 | Case Name: USA v. Jose Sotomayor (present, no custody) | |
|---|---|---|
| Chief Magistrate Judge: JOSEPH C. SPERO | Date: December 21, 2018 | Time: 15 M |

**Attorney for Plaintiff:** Ross Weingarten
**Attorney for Defendant:** Lara Kollios
**Interpreter:** NA
**US Pretrial Officer:** Josh LIbby
**US Probation Officer:**

**Deputy Clerk:** Karen Hom          **Court Reporter:** Vicki Eastvold

## PROCEEDINGS

Bond Hearing - Held

## ORDERED AFTER HEARING

Defendant's request to modify conditions of release to reside with his girlfriend is DENIED.

**NOTES:**

**CASE CONTINUED TO:**          at 10:30 AM for

**EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT:**


**Order to be prepared by:**
[ ] Plaintiff     [ ] Defendant     [ ] Court     [ ] Probation
**cc:**