ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

ROSS WEINGARTEN (NYBN 5236401)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6747
    FAX: (415) 436-7234
    Ross.weingarten@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 18-483 SI |
| Plaintiff, | STIPULATION AND [~~PROPOSE~~D] ORDER EXCLUDING SPEEDY TRIAL TIME FROM JANUARY 11, 2019 TO MARCH 8, 2019 |
| v. | |
| DEREKE HOLDEN and JOSE SOTOMAYOR, | |
| Defendants. | |

STIPULATION AND [PROPOSED] ORDER
CR 18-483 SI

The parties, through their counsel of record, stipulate as follows:

1. The defendants, Dereke Holden and Jose Sotomayor, represented by their attorneys Alexander Davis and Lara Kollios, respectively, and the government, represented by Ross Weingarten, appeared on January 11, 2019 for a status conference in District Court.

2. The government has provided discovery in this case and informed the Court that productive plea negotiations are ongoing. The defendants informed the court that they are continuing to review the discovery.

3. The Court set a hearing on March 8, 2019 at 11:00 a.m. On that date, the defendants will either change their pleas or the parties will set dates for a motion schedule or trial.

4. In order to allow for the effective preparation of counsel for the defendants, the parties agree that time should be excluded under the Speedy Trial Act between January 11, 2019 and March 8, 2019.

IT IS SO STIPULATED.

Dated: January 14, 2019        /s/
DAVID CALLAWAY
ALEXANDER DAVIS
Attorney for Defendant Dereke Holden

Dated: January 14, 2019        /s/
LARA KOLLIOS
Attorney for Defendant Jose Sotomayor

Dated: January 14, 2019        /s/
ROSS WEINGARTEN
Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER
CR 18-00526 SI

**(P~~ROPOSED~~) ORDER**

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between January 11, 2019 and March 8, 2019 would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between January 11, 2019 and March 8, 2019 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY ORDERED that the time between January 11, 2019 and March 8, 2019 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: January 14, 2019

_____
HONORABLE SUSAN ILLSTON
United States District Judge

STIPULATION AND [PROPOSED] ORDER
CR 18-00526 SI