1

BOERSCH SHAPIRO LLP
Lara Kollios (State Bar No. 235395)
Lkollios@boerschshapiro.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

2

3

4

5

Attorney for Defendant
Jose Sotomayor

6

7

**UNITED STATES DISTRICT COURT**

8

**NORTHERN DISTRICT OF CALIFORNIA**

9

**OAKLAND DIVISION**

10

11

UNITED STATES OF AMERICA,

Plaintiff,

12

v.

13

JOSE SOTOMAYOR,

14

Defendant.

Case No. 18-CR-00483-SI-2

**MOTION TO WITHDRAW AND FOR SUBSTITUTION OF COUNSEL**

15

16    Lara Kollios respectfully moves to withdraw as counsel of record for Jose Sotomayor and for

17  substitution of Christopher J. Cannon, a fellow member of the Criminal Justice Act Panel.  This

18  motion is based on the fact that Ms. Kollios is leaving private practice.

19    Pursuant to 18 U.S.C. § 3006A(c), "[t]he United States Magistrate or the court may, in the

20  interests of justice, substitute one appointed counsel for another at any stage of the proceedings."

21  Given Ms. Kollios's departure from private practice and the constitutional importance of Mr.

22  Sotomayor's right to counsel, undersigned counsel respectfully moves to withdraw as counsel of

23  record.  Undersigned counsel understands that Mr. Cannon, a fellow member of the Criminal Justice

24  Act Panel, has agreed to substitute in as counsel of record.

25    For the foregoing reasons, counsel respectfully requests that this Court grant Ms. Kollios's

26  motion to withdraw and appoint Mr. Cannon to represent Mr. Sotomayor in any and all further

27  proceedings.

28

1    MOTION TO WITHDRAW AND FOR
SUBSTITUTION OF COUNSEL
Case No.: 18-CR-00483-SI-2

1    All pleadings, orders and notices should henceforth be served upon the following substituted

2   counsel for Defendant Jose Sotomayor:

3                            Christopher J. Cannon (State Bar No. 88034)
                            Chris@SugarmanandCannon.com
4                            Sugarman & Cannon
                            737 Tehama Street, #3
5                            San Francisco CA 94103
                            Telephone:  (415) 362-6252
6

7    Dated:  March 21, 2019                        BOERSCH SHAPIRO LLP

8                                                    _/s/Lara Kollios_____
9                                                      Lara Kollios

10                                                  Attorney for Jose Sotomayor

11   Dated:  March 21, 2019                        SUGARMAN & CANNON

12                                                    _/s/Christopher J. Cannon_____
13                                                      Christopher J. Cannon

14

15

16                                        **[PROPOSED] ORDER**

17        Having reviewed the foregoing Motion to Withdraw and For Substitution of Counsel and

18   good cause having been shown, IT IS HEREBY ORDERED that Lara Kollios is withdrawn as

19   counsel of record.

20        IT IS FURTHER ORDERED that Christopher J. Cannon is appointed as new counsel of

21   record under the Criminal Justice Act.

22        IT IS SO ORDERED.

23

24   Dated: March __, 2019                   _____
                                            HONORABLE SUSAN ILLSTON
25                                            United States District Court Judge

26

27

28
                                    2           MOTION TO WITHDRAW AND FOR
                                                SUBSTITUTION OF COUNSEL
                                                Case No.: 18-CR-00483-SI-2