UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** 3/29/19  **Time:** 8 minutes  **Judge:** SUSAN ILLSTON

**Case No.**: 18-cr-00483-SI-1  **Case Name:** U.S. v. Jose Sotomayor (nc)(p)

Attorney for Govt.: Ross Weingarten
Attorney for Defendant Sotomayor: Matt Law sp. for Chris Cannon

**Deputy Clerk:** Tracy Kasamoto                **Court Reporter:** Vicki Eastvold
**Interpreter:** N/A                                        **Probation Officer:** N/A

### PROCEEDINGS

1) I.D. Counsel/Status - HELD

Case continued to  **5/10/10 @ 11:00 a.m.**   for  Status

PREVIOUSLY SET:
Case continued to **4/12/19 @ 11 a.m.** for Status as to Holden

Category of Excludable Delay: Effective Preparation
Delay ends:    (            )

### SUMMARY

The Court approves the substitution of counsel.

Due to Sotomayor's new counsel coming into the case, additional time is necessary to review the discovery that has recently been produced.

Mr. Weingarten indicated that as to defendant Holden, the parties will be filing a stipulation and order to transfer that defendant to Judge Davila in the San Jose Division for disposition.