DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ROSS WEINGARTEN (NYBN 5236401)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6747
    FAX: (415) 436-7234
    Ross.weingarten@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 18-483 SI |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING SPEEDY TRIAL TIME FROM MARCH 29, 2019 TO MAY 10, 2019 |
| v. | |
| JOSE SOTOMAYOR, | |
| Defendant. | |

The parties, through their counsel of record, stipulate as follows:

1. The defendant, Jose Sotomayor, represented by his attorney Matthew Laws, standing in for Christopher Cannon, and the government, represented by Ross Weingarten, appeared on March 29, 2019 for a status conference in District Court.

2. Mr. Cannon was recently appointed to represent the defendant after his prior counsel withdrew from the representation.

STIPULATION AND [PROPOSED] ORDER
CR 18-483 SI

3. The government informed the Court that it will provide discovery in this case to new counsel as quickly as possible, and that it would likely take some time for new counsel to review the discovery and get up to speed. The Court set a status conference in this case for May 10, 2019.

4. In order to allow for the effective preparation of counsel for the defendant, the parties agree that time should be excluded under the Speedy Trial Act between March 29, 2019 and May 10, 2019.

IT IS SO STIPULATED.

Dated: April 1, 2019  /s/
CHRISTOHER CANNON
MATTHEW LAWS
Attorney for Defendant Jose Sotomayor

Dated: April 1, 2019  /s/
ROSS WEINGARTEN
Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER
CR 18-483 SI

**(PROPOSED) ORDER**

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between March 29, 2019 and May 10, 2019, would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between March 29, 2019 and May 10, 2019 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY ORDERED that the time between March 29, 2019 and May 10, 2019 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: April __, 2019

_____
HONORABLE SUSAN ILLSTON
United States District Judge

STIPULATION AND [PROPOSED] ORDER          1
CR 18-483 SI