CHRISTOPHER J. CANNON, State Bar No. 88034
MATTHEW A. LAWS, State Bar No. 273697
Sugarman & Cannon
737 Tehama Street, No. 3
San Francisco, CA 94103
Telephone: 415-362-6252
Facsimile: 415-362-6431
chris@sugarmanandcannon.com

Attorneys for Defendant  JOSE SOTOMAYOR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   vs.<br><br>JOSE SOTOMAYOR,<br><br>   Defendant. | Case No. 18-CR-00483-SI (JCS)<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING JOSE SOTOMAYOR'S CONDITIONS OF PRETRIAL RELEASE** |

     Defendant Jose Sotomayor wishes to modify the terms of his pretrial release so that he may reside with his girlfriend, Serina Aguilar.  On December 21, 2018, this Court denied the same request. However, Pretrial Services previously visited Aguilar's home and found the housing situation appropriate.  At this time, Sotomayor's Pretrial Services officer, Nelson Barao, has no objection to Sotomayor living with Aguilar at her home in San Jose.  Therefore, the defense requests and the government does not object that this Court modify Jose Sotomayor's pretrial release conditions so that he may move to Serina Aguilar's home.

     **SO STIPULATED**.

Dated: April 1, 2018

                                        /s/
                              Christopher J. Cannon
                              Matthew A. Laws
                              Attorneys for JOSE SOTOMAYOR

                                        /s/
                              Ross Weingarten
                              Assistant United States Attorney

**SO ORDERED**.

For good cause appearing and through stipulation of the parties, Jose Sotomayor's pretrial release conditions are modified so that he may reside with Serina Aguilar. All other conditions of Sotomayor's pretrial release shall remain in effect.

Dated:

                                              Joseph C. Spero
                                              United States Magistrate Judge