1  CHRISTOPHER J. CANNON, State Bar No. 88034
   MATTHEW A. LAWS, State Bar No. 273697
2  Sugarman & Cannon
   737 Tehama Street, No. 3
3  San Francisco, CA 94103
   Telephone: 415-362-6252
4  Facsimile: 415-362-6431
   chris@sugarmanandcannon.com
5
6  Attorneys for Defendant  JOSE SOTOMAYOR

7                  UNITED STATES DISTRICT COURT

8                 NORTHERN DISTRICT OF CALIFORNIA

9                      SAN FRANCISCO DIVISION

10 UNITED STATES OF AMERICA,           Case No. 18-CR-00483-SI (JCS)

11       Plaintiff,                    **STIPULATION AND [PROPOSED] ORDER
                                       MODIFYING JOSE SOTOMAYOR'S
12       vs.                           CONDITIONS OF PRETRIAL RELEASE**

13 JOSE SOTOMAYOR,

14       Defendant.

15       Defendant Jose Sotomayor wishes to modify the terms of his pretrial release so that he may reside

16 with his girlfriend, Serina Aguilar.  On December 21, 2018, this Court denied the same request.

17 However, Pretrial Services previously visited Aguilar's home and found the housing situation

18 appropriate.  At this time, Sotomayor's Pretrial Services officer, Nelson Barao, has no objection to

19 Sotomayor living with Aguilar at her home in San Jose.  Therefore, the defense requests and the

20 government does not object that this Court modify Jose Sotomayor's pretrial release conditions so that he

21 may move to Serina Aguilar's home.

22       **SO STIPULATED**.

23 Dated: April 1, 2018

24                              /s/
                                Christopher J. Cannon
25                              Matthew A. Laws
                                Attorneys for JOSE SOTOMAYOR
26
                                /s/
27                              Ross Weingarten
                                Assistant United States Attorney
28

STIPULATION AND [PROPOSED] ORDER MODIFYING JOSE SOTOMAYOR'S CONDITIONS OF PRETRIAL
RELEASE
Case No. 18-CR-00483-SI (JCS)                                                                    1

**SO ORDERED**.

For good cause appearing and through stipulation of the parties, Jose Sotomayor's pretrial release conditions are modified so that he may reside with Serina Aguilar. All other conditions of Sotomayor's pretrial release shall remain in effect.

Dated: April 2, 2019

_____
Joseph C. Spero
United States Magistrate Judge