DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ROSS WEINGARTEN (NYBN 5236401)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6747
    FAX: (415) 436-7234
    Ross.weingarten@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 18-483 SI |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING SPEEDY TRIAL TIME FROM MAY 10, 2019 TO MAY 17, 2019 |
| v. | |
| JOSE SOTOMAYOR, | |
| Defendant. | |

The parties, through their counsel of record, stipulate as follows:

1. The parties in the above-captioned matter are scheduled to appear on May 10, 2019 for a status conference in District Court.

2. Counsel for the government informed counsel for the defendant that he will be out of the district and thus is unavailable on May 10, 2019. Both parties agreed to continue the status conference until May 17, 2019.

STIPULATION AND [PROPOSED] ORDER
CR 18-483 SI

3. The parties checked with the Court, and learned that the Court is available on May 17, 2019. Accordingly, the parties request that the status conference in this matter be continued until May 17, 2019.

4. The defendant continues to review the discovery that the government produced. In order to allow for the effective preparation of counsel for the defendant, the parties agree that time should be excluded under the Speedy Trial Act between May 10, 2019 and May 17, 2019.

IT IS SO STIPULATED.

Dated: May 3, 2019                                 /s/ _____
                                                   CHRISTOHER CANNON
                                                   MATTHEW LAWS
                                                   Attorney for Defendant Jose Sotomayor

Dated: May 3, 2019                                 /s/ _____
                                                   ROSS WEINGARTEN
                                                   Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER
CR 18-483 SI

**(PROPOSED) ORDER**

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between May 10, 2019 and May 17, 2019, would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time between May 10, 2019 and May 17, 2019 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY ORDERED that the time between May 10, 2019 and May 17, 2019 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: May __, 2019

_____
HONORABLE SUSAN ILLSTON
United States District Judge

STIPULATION AND [PROPOSED] ORDER          1
CR 18-483 SI