UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** 5/17/19     **Time:** 11 minutes     **Judge:** SUSAN ILLSTON

**Case No.:** 18-cr-00483-SI-1     **Case Name:** U.S. v. Jose Sotomayor (c)(p)

Attorney for Govt.: Ross Weingarten
Attorney for Defendant Sotomayor: Chris Cannon

**Deputy Clerk:** Tracy Kasamoto     **Court Reporter:** JoAnn Bryce
**Interpreter:** N/A     **Probation Officer:** N/A

### PROCEEDINGS

1) Change of Plea - HELD

Case continued to **8/9/19 @ 11:00 a.m.** for Sentence

### SUMMARY

The defendant filed an application to enter a guilty plea in open court.
The defendant entered an open plea of guilty to Counts 1 and 2 of the Indictment.