# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# CRIMINAL MINUTE ORDER

| **Case No.:** 18-cr-00483-SI-2 (JCS) | **Case Name:** USA v. Jose Sotomayor (present, custody) | |
|---|---|---|
| **Chief Magistrate Judge:** JOSEPH C. SPERO | **Date:** July 12, 2019 | **Time:** 14 M |

**Attorney for Plaintiff:** Denise Oki for Ross Weingarten
**Attorney for Defendant:** Matt Laws for Chris Cannon, CJA
**Interpreter:** Not Needed
**US Pretrial Officer:** Katrina Chu for Nelson Barao
**US Probation Officer:** NA

**Deputy Clerk:** Karen Hom         **Court Reporter:** FTR 10:35-10:49

## PROCEEDINGS

Bond Hearing - Held

## ORDERED AFTER HEARING

Proffers heard. Motion for Release is GRANTED. All conditions of the original bond, except as modified by the Court, remain in effect. Court added the following conditions: 1. Defendant shall be placed on home detention with electronic monitoring and may only leave home for Court appearances, attorney visits, and medical emergencies. 2. Defendant shall participate in drug testing and counseling.
Order of Release from the US Marshal Service signed in open Court and given to the USM.

**Order to be prepared by:**

  [ ] Plaintiff        [ ] Defendant        [ ] Court        [X] Pretrial

**cc:** Tracy K.