DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ROSS WEINGARTEN (NYBN 5236401)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6747
    FAX: (415) 436-7234
    Ross.weingarten@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 18-483 SI |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING DATE FROM AUGUST 9 TO SEPTEMBER 6 |
| v. | |
| JOSE SOTOMAYOR, | |
| Defendant. | |

The parties, through their counsel of record, stipulate as follows:

1. The defendant in the above-captioned matter pled guilty to Counts One and Two of the Indictment in this case on May 17, 2019. The Court set a sentencing date of August 9, 2019.

2. Counsel for the government informed counsel for the defendant that he will be out of the district and thus is unavailable on August 9, 2019. Counsel for the defendant is in trial on

STIPULATION AND [PROPOSED] ORDER
CR 18-483 SI

an unrelated matter for much of August and thus is unavailable until early September. Both parties agreed to continue the sentencing until September 6, 2019.

3. The parties checked with Probation, which is also available on September 6, 2019.

4. Accordingly, the parties request that sentencing in this matter be continued until September 6, 2019 at 11:00 a.m.

IT IS SO STIPULATED.

Dated: July 24, 2019  /s/
CHRISTOHER CANNON
MATTHEW LAWS
Attorney for Defendant Jose Sotomayor

Dated: July 24, 2019  /s/
ROSS WEINGARTEN
Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER
CR 18-483 SI

**(PROPOSED) ORDER**

Based upon the representation of counsel and for good cause shown, the Court finds that sentencing in this matter shall be continued from August 9, 2019 until September 6, 2019.

DATED: July __, 2019

_____
HONORABLE SUSAN ILLSTON
United States District Judge