**~~PROPOSED~~ ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| **TO:** | Honorable Joseph C. Spero<br>Chief U.S. Magistrate Judge | **RE:** | Jose Sotomayor |
| **FROM:** | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | 0971 3:18CR00483 |
| **Date:** | 7/25/19 | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Kim Do                                                                 (408) 535-5224

U.S. Pretrial Services Officer                              **TELEPHONE NUMBER**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X]  I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

[ ]  Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ]  Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____  Presiding District Court Judge _____

[ ]  I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ]  Modification(s)

    A.  _____

    B.  _____

[ ]  Bail Revoked/Bench Warrant Issued.

[ ]  I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ]  Other Instructions:

_____

_____

_____

_____                    July 29, 2019
**JUDICIAL OFFICER**                                                    **DATE**