UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** 9/6/19     **Time:** 11 minutes     **Judge:** SUSAN ILLSTON

**Case No.:** 18-cr-00483-SI-1     **Case Name:** U.S. v. Jose Sotomayor (nc)(p)

Attorney for Govt.: Michael Rodriguez sp. for Ross Weingarten
Attorney for Defendant Sotomayor: Chris Cannon

**Deputy Clerk:** Tracy Kasamoto          **Court Reporter:** Belle Ball
**Interpreter:** N/A                      **Probation Officer:** Karen Mar

**PROCEEDINGS**

1)  Sentence - HELD

**SUMMARY**

The Court imposed the following sentence:
- Custody: 30 months as to each Count 1 and 2 and shall run concurrent (voluntary surrender on 10/25/19 and designated to Mendota FCI)
- Supervised Release: 3 years on Count 1 and 2 and shall run concurrent with special conditions (see judgment for details)
- Special Assessment: $200
- No Fine
- Forfeiture: Firearms