PROPOSED ORDER/COVER SHEET

TO: Honorable John Jelderks
U.S. Magistrate Judge

RE: Jose SOTOMAYOR

FROM: Silvio Lugo, Chief
U.S. Pretrial Services Officer

Docket No.: CR18-00483 SI

Date: 9/20/19

FILED
SEP 20 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Anthony R. Granados, Supervisory            (408) 535-5223

U.S. Pretrial Services Officer              TELEPHONE NUMBER

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

A.

B.

☒ Bail Revoked/~~Bench Warrant Issued~~. - Voluntary Surrender - Ordered Detained To Serve Sentence

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_John Jelderks_                    9/20/2019
JUDICIAL OFFICER                   DATE