# UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
San Francisco Venue

### Report on Person Under Supervision

**Person Under Supervision**
Jose Sotomayor

**Docket Number**
0971 3:18CR00483-002 SI

**Name of Sentencing Judge:** The Honorable Susan Illston
Senior United States District Judge

**Date of Original Sentence:** September 6, 2019

**Original Offense**
Count One: Importing or Dealing Firearms Without a License, 18 U.S.C. § 922(a)(1)(A), a Class C Felony
Count Two: Importing or Dealing Firearms Without a License, 18 U.S.C. § 922(a)(1)(A), a Class C Felony

**Original Sentence:** 30 months custody on each count to be served concurrently, followed by three years supervised release
**Special Conditions:** $200 special assessment; vocational training; mental health treatment; not participate in gang activity, not associate with any member of the Norteno gang; not possess false identification, and provide true identity at all times; no contact with codefendant Derek Holden; DNA; search; drug testing and treatment; abstain from all alcoholic beverages

**Prior Form(s) 12:** None

**Type of Supervision**
Supervised Release
**Assistant U.S. Attorney**
Ross E. Weingarten

**Date Supervision Commenced**
August 25, 2021
**Defense Counsel**
Christopher J. Cannon (Appointed)

### Petitioning the Court to Take Judicial Notice

### Cause

RE:  Sotomayor, Jose  2
0971 3:18CR00483-002 SI

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the client violated mandatory condition number three which states, in part, "You must refrain from any unlawful use of a controlled substance." |
| | On February 8, 2022, the client submitted a drug test, Specimen Number B04924202, that was confirmed positive for marijuana on February 27, 2022. |
| | Evidence of this violation can be obtained from the Drug Test Report for Specimen Number B04924202. |

**Action Taken and Reason**

On February 18, 2022, the client admitted to taking CBD gummies to aid with anxiety and stress. Mr. Sotomayor was under the impression that CBD gummies would not produce a positive drug test. He stated he would stop taking them immediately and was encouraged to discuss his anxiety and stress with his mental health counselor. Mr. Sotomayor has tested negative to date.

The U.S. Probation Officer recommends the Court take judicial notice of the violation. This will allow Mr. Sotomayor to address his sobriety, anxiety in treatment.

Respectfully submitted,                    Reviewed by:

_/s/ Juan F. Ramirez_                     _/s/ Sonia Lapizco_
Juan F. Ramirez                            Sonia Lapizco
U.S. Probation Officer Specialist          Supervisory U.S. Probation Officer
Date Signed: March 23, 2022

---

THE COURT ORDERS:

[x] The Court concurs and takes judicial notice
[ ] Submit a request to modify supervision
[ ] Submit a request for a warrant
[ ] Submit a request for summons
[ ] Other:

_September 8, 2023_                        _/s/ Susan Illston_
Date                                       The Honorable Susan Illston
                                           Senior United States District Judge

NDC-SUPV-FORM 12A  4/6/2015