| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 6M | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK: Brittany Sims | REPORTER/FTR: Liberty Recording: 11:16-11:22 | |
| MAGISTRATE JUDGE: Lisa J. Cisneros | DATE: October 4, 2023 | NEW CASE ☐ | CASE NUMBER: 18-cr-00483-SI |

## APPEARANCES

| DEFENDANT: Jose Sotomayor | AGE: 26 | CUST: Y | P/NP: P | ATTORNEY FOR DEFENDANT: Christopher Cannon | PD. ☐ RET. ☐ APPT. ☒ |
|---|---|---|---|---|---|
| U.S. ATTORNEY: Ross Weingarten | INTERPRETER | | | FIN. AFFT SUBMITTED ☐ | COUNSEL APPT'D ☐ |
| PROBATION OFFICER: Michael Primeau a/f A.Card | PRETRIAL SERVICES OFFICER | | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT OF CJA FEES ☐ |

## PROCEEDINGS SCHEDULED TO OCCUR

| | | | | |
|---|---|---|---|---|
| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS / TRIAL SET |
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☒ IA REV PROB. or S/R — Held | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

## INITIAL APPEARANCE

☒ ADVISED OF RIGHTS   ☒ ADVISED OF CHARGES   ☒ NAME AS CHARGED IS TRUE NAME   ☐ TRUE NAME:

## ARRAIGNMENT

☐ ARRAIGNED ON INFORMATION   ☐ ARRAIGNED ON INDICTMENT   ☒ READING WAIVED SUBSTANCE   ☐ WAIVER OF INDICTMENT FILED

## RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

☐ PROPERTY TO BE POSTED   CASH $   ☐ CORPORATE SECURITY   ☐ REAL PROPERTY:

☒ MOTION FOR DETENTION   ☐ PRETRIAL SERVICES REPORT   ☐ DETAINED   ☐ RELEASED   ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED   ☒ REMANDED TO CUSTODY

ORDER REMOVED TO THE DISTRICT OF

## PLEA

☐ CONSENT ENTERED   ☐ NOT GUILTY   ☐ GUILTY   GUILTY TO COUNTS: ☐

☐ PRESENTENCE REPORT ORDERED   ☐ CHANGE OF PLEA   ☐ PLEA AGREEMENT FILED   OTHER:

## CONTINUANCE

| TO: 10/13/2023 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
|---|---|---|---|---|
| AT: 10:30 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☐ STATUS |
| BEFORE HON. Cisneros | ☒ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

## ADDITIONAL PROCEEDINGS

Counsel requests to appointed nunc pro tunc starting September 18, 2023- granted by the Court. The Court order probation to release discovery to both parties.

DOCUMENT NUMBER: