UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** January 12, 2024   **Time:** 3 M (11:36 – 11:39)   **Judge:** SUSAN ILLSTON

**Case No.**: 18-cr-00483-SI-2   **Case Name:** United States v. Sotomayor

**Attorney for Government:** Marja-Liisa Overbeck
**Attorney for Defendant:** Christopher J. Cannon
**Defendant:** [ ] Present   [X] Not Present
**Defendant's Custodial Status:** [X] In Custody  [ ] Not in Custody

**Deputy Clerk:** Jenny Galang   **Court Reporter:** Rhonda Aquilina
**Interpreter:** n/a   **Probation Officer:** Anthony Cardenas

## PROCEEDINGS

Status Conference - Held.

## SUMMARY

Defense counsel informed the court that, upon visiting the defendant in the morning, Deputy USM deputy indicated that the defendant had not been brought in.  The Court addressed the matter with the Deputy USM regarding the defendant's refusal. The Deputy USM provided that, the Alameda County Sheriff's deputies simply said, the defendant refused.  The Deputy USM will follow up with an update to the courtroom deputy of defendant's appearance today. Sentencing memorandum due 1-week prior to upcoming hearing.

CASE CONTINUED TO: **February 23, 2024, at 11:00 AM, for Admissions and Sentencing re SRV/PRBV**