UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** February 23, 2024          **Time:**  11:47 – 11:58          **Judge:**  SUSAN ILLSTON
                                                          11 Minutes
**Case No.**: 18-cr-00483-SI-2          **Case Name:**  United States v. Jose Sotomayor

**Attorney for Government:** Marja-Liisa Overbeck
**Attorney for Defendant:** Christopher Cannon
**Defendant:** [X ] Present   [ ] Not Present
**Defendant's Custodial Status:** [X ] In Custody  [ ] Not in Custody

**Deputy Clerk:** Esther Chung                    **Court Reporter:** Jennifer Coulthard
**Interpreter:** n/a                              **Probation Officer:** Anthony Cardenas

## PROCEEDINGS

Admission and Sentencing re: Supervised Release Violation Hearing – Held.

## SUMMARY

Defendant was present and sworn.  Defendant was advised of his rights and waived said rights.
Defendant admitted to Charge 2 of the Form 12.  The Court found that Defendant had violated
Charge 2, the Court took judicial notice of the Charge 1.  Defendant spoke on his behalf and
confirmed that he had reviewed the Standard Conditions of Supervised Release.

Defendant's supervised release is revoked and the defendant is committed to the Bureau of
Prisons for a period of 18 months, followed by 3 years of Supervised Release *less any time
served*.

See Judgment for Special Conditions.