```
 1  ISMAIL J. RAMSEY (CABN 189820)
    United States Attorney
 2
    MARTHA BOERSCH (CABN 126569)
 3  Chief, Criminal Division

 4  MARI OVERBECK (CABN 261707)
    Assistant United States Attorney
 5
         450 Golden Gate Avenue, Box 36055
 6       San Francisco, California 94102-3495
         Telephone: (415) 436-6809
 7       FAX: (415) 436-7432
         Mari.overbeck@usdoj.gov
 8

 9  Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO: 5:18-CR-00483 SI |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NOTICE OF WITHDRAWAL OF |
| v. | ) | GOVERNMENT COUNSEL |
| | ) | |
| DEREKE HOLDEN et. al., | ) | |
| | ) | |
| Defendant. | ) | |

Please take notice that as of March 18, 2024, the Assistant United States Attorney whose name, address, telephone number, facsimile number, and e-mail address is listed below will no longer be making appearance for the government:

MARI OVERBECK (CABN 261707)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6809
FAX: (415) 436-7432
Mari.overbeck@usdoj.gov

The Clerk is requested to modify the docket sheet and other court records to reflect that copies of all orders and communications from the court will no longer be given to AUSA Mari Overbeck at the above mailing address, telephone number, facsimile number, and e-mail address.

| | | |
|---|---|---|
| 1 | DATED: March 18, 2024 | Respectfully submitted, |
| 2 | | ISMAIL J. RAMSEY |
| 3 | | United States Attorney |
| 4 | | _____/s/_____ |
| 5 | | MARI OVERBECK |
| | | Assistant United States Attorney |

NOTICE OF WITHDRAWAL
5:18-CR-00483 SI                              2